IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JOHN FLYNN, et al.,                )
                                   )
    Plaintiffs,                    )
                                   )
v.                                 )      Civil Case No. 1:08-cv-01278 RWR
                                   )
GENERAL CAULKING & COATINGS        )
CO., INC.,                         )
                                   )
    Defendant.                     )
_____)

## CONSENT MOTION FOR ENLARGEMENT
## OF TIME TO FILE RESPONSIVE PLEADINGS

    Plaintiffs John Flynn et al. and Defendant General Caulking & Coatings Co., Inc. ("General Caulking") hereby submit this consent motion for an enlargement of time for Defendant to answer, plead, or otherwise respond to the Complaint herein. Plaintiffs and Defendant General Caulking have agreed that the Defendant will provide additional information to Plaintiffs and that Defendant's time to answer, plead, or otherwise respond to the Complaint herein will be enlarged by sixty (60) days so that such information may be produced by Defendant and considered by Plaintiffs.

    **WHEREFORE**, Plaintiffs and Defendant General Caulking respectfully request that the Court enter an Order granting Defendant a sixty-day enlargement of time to answer, plead or otherwise respond to the Complaint, to and including Monday, October 27, 2008. A proposed Order accompanies this motion.

{TY045201;1}

August 27, 2008                               Respectfully submitted,

                                            ___s/ Daniel J. Donohue_____
Daniel J. Donohue
D.C. Bar No. 358189
**AKERMAN SENTERFITT WICKWIRE GAVIN**
8100 Boone Blvd., Suite 700
Vienna, Virginia 22182
(703) 790-8750 – phone
(703) 448-1767 – fax
DC Bar No. 358189

Scott T. Silverman
**AKERMAN SENTERFITT**
SunTrust Financial Centre, Suite 1700
401 E. Jackson Street
Tampa, Florida 33602
(813) 223-7333 – phone
(813) 223-2837 – fax

***Counsel for General Caulking & Coatings Co., Inc.***

{TY045201;1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**JOHN FLYNN, et al.,**              )
                                      )
    **Plaintiffs,**               )
                                      )
**v.**                                )   Civil Case No. 1:08-cv-01278 RWR
                                      )
**GENERAL CAULKING & COATINGS**       )
**CO., INC.,**                        )
                                      )
    **Defendant.**               )
_____)

### CONSENT ORDER

At the request of and with the consent of the Parties, it is hereby **ORDERED** that Defendant's time to answer, plead, or otherwise respond to the Complaint herein is enlarged by sixty days to and including Monday, October 27, 2008.

Entered this _____ day of _____, 2008.

_____

United States District Court Judge

{TY045201;1}

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I electronically filed the foregoing **CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS** and proposed **CONSENT ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Ira R. Mitzner**,** Esq.
> Dickstein Shapiro LLP
> 1825 Eye Street NW
> Washington, DC 20006
> Tel (202) 420-2234
> Fax (202) 420-2201

>> Respectfully Submitted,

>> s/ Daniel J. Donohue
>> _____
>> Daniel J. Donohue
>> AKERMAN SENTERFITT WICKWIRE GAVIN
>> 8100 Boone Boulevard
>> Suite 700
>> Vienna, Virginia 22182
>> Phone: (703) 790-8750
>> Fax: (703) 448-1801
>> daniel.donohue@akerman.com

{TY045201;1}