### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN FLYNN, et al.,** )<br>)<br>  **Plaintiffs,** )<br>)<br>v. )<br>)<br>**GENERAL CAULKING & COATINGS** )<br>**CO., INC.,** )<br>)<br>  **Defendant.** )<br>) | Civil Case No. 1:08-cv-01278 RWR |

### MOTION FOR ADMISSION *PRO HAC VICE* OF SCOTT T. SILVERMAN

Comes now Daniel J. Donohue, pursuant to Local Rule 83.2(d) and moves this Court to allow the admission *pro hac vice* of Scott T. Silverman as counsel of record in the above-entitled cause on behalf of Defendant General Caulking & Coatings Co., Inc. In support of this motion, movant submits the attached Affidavit of Scott T. Silverman (Exhibit A).

**THEREFORE**, movant respectfully requests that the Court enter an order allowing the admission *pro hac vice* of Scott T. Silverman.

August 29, 2008                             Respectfully submitted,

                                                        ____s/Daniel J. Donohue_____
                                                        Daniel J. Donohue
                                                        D.C. Bar No. 358189
                                                        **AKERMAN SENTERFITT WICKWIRE GAVIN**
                                                        8100 Boone Blvd., Suite 700
                                                        Vienna, Virginia 22182
                                                        (703) 790-8750 – phone
                                                        (703) 448-1767 – fax

DC Bar No. 358189

Scott T. Silverman
**AKERMAN SENTERFITT**
SunTrust Financial Centre, Suite 1700
401 E. Jackson Street
Tampa, Florida 33602
(813) 223-7333 – phone
(813) 223-2837 – fax

*Counsel for General Caulking & Coatings Co., Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>GENERAL CAULKING & COATINGS )<br>CO., INC., )<br>)<br>    Defendant. )<br>) | Civil Case No. 1:08-cv-01278 RWR |

## PROPOSED ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Scott T. Silverman, it is hereby

**ORDERED,** that the motion is **GRANTED** and that the appearance of Scott T. Silverman is hereby entered as counsel of record in the above-entitled cause on behalf of Defendant General Caulking & Coatings Co., Inc.


DATED: _____


                                BY ORDER OF COURT:


                                By:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 1:08-cv-01278 RWR |
| ) | |
| GENERAL CAULKING & COATINGS ) | |
| CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT OF SCOTT T. SILVERMAN

Scott T. Silverman, being duly sworn, deposes and says:

1.  I am of counsel in the law firm of Akerman Senterfitt, located at 401 E. Jackson Street, Suite 1700, Tampa, Florida 33602-5250, (813) 223-7333. I submit this affidavit in support of my motion for admission *pro hac vice* as counsel for Defendant General Caulking & Coatings Co., Inc.

2.  I have been admitted to practice in the state of Florida, the Supreme Court of the United States, the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts for the Middle, Northern, and Southern Districts of Florida.

3.  I have not been the subject of any disciplinary action by the Bar or courts of any jurisdiction in which I am licensed to practice law, and I am a member in good standing of such Bar or courts. Furthermore, I have not been denied admission to practice before any court of any state or of any Federal court in the United States.

4.  Over the past two years, I have not been admitted *pro hac vice* in any matter before this Court.

5.  Pursuant to Local Rule 83.2(j), I hereby certify that I have read and am personally familiar with the local rules of this Court and with the Federal Rules of Civil Procedure.

6.  I am familiar with the matters involved in the above-captioned action.

Dated: August 29th, 2008

_____
Scott T. Silverman, Esq.

Sworn and subscribed to before me this 29th day of August, 2008.

_____
Notary Public

My Commission Expires:

CAREN L. COLLIER
MY COMMISSION # DD 623907
EXPIRES: February 20, 2011
Bonded Thru Notary Public Underwriters

2